Office of the United States Attorney, Greenville, SC, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Kenneth Junior Smith seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinions denying relief and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Smith,* Nos. CR–98–1169; CA–01–249 (D.S.C. Mar. 14, , and filed May 10, 2001 & entered May 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Kenneth Johnson, pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Kenneth Johnson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Johnson v. Edwards,* No. CA–01–365–7 (W.D.Va. May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Kenneth Wayne JOHNSON,
Plaintiff–Appellant,**

v.

**Gerald COX, Police Department Chief; Mike Edwards, Town Manager of Gate City, Virginia, Defendants–Appellees.**

**No. 01–6996.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

**Abras Sandy Q. MORRISON,
Petitioner–Appellant,**

v.

**Patrick CONROY; Attorney General of the State of Maryland, Respondents–Appellees.**

**No. 01–7007.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.